NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE ROSUVASTATIN CALCIUM PATENT
LITIGATION

ASTRAZENECA UK LIMITED,
IPR PHARMACEUTICALS INC.,
AND SHIONOGI SEIYAKU KABUSHIKI KAISHA,
*Plaintiffs-Appellees,*

v.

AUROBINDO PHARMA LIMITED,
*Defendant-Appellant,*

AND

MYLAN PHARMACEUTICALS INC.,
*Defendant-Appellant,*

AND

APOTEX CORP.,
*Defendant-Appellant,*

AND

COBALT PHARMACEUTICALS INC. AND COBALT
LABORATORIES INC.,
*Defendants-Appellants,*

AND

SUN PHARMACEUTICAL INDUSTRIES, LTD.,
*Defendant-Appellant,*

AND

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellant,*

AND

**PAR PHARMACEUTICAL, INC.,**
*Defendant-Appellant,*

AND

**SANDOZ, INC.,**
*Defendant.*

---

2010-1460, -1461, -1462, -1463, -1464, -1465, -1466, -1467, -1468, -1469, -1470, -1471, -1472, -1473

---

Appeals from the United States District Court for the District of Delaware in case nos. 08-MD-1949, 07-CV-0810, 07-CV-0805, 07-CV-0809, 07-CV-0811, 07-CV-0806, 08-CV-0426, and 07-CV-0808, Judge Joseph J. Farnan, Jr.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Apotex, Inc., AstraZeneca Pharmaceuticals LP and Aurobindo Pharma USA Inc.'s unopposed motion to be removed as parties in the caption,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

SEP 0 9 2010                    /s/ Jan Horbaly
_____                    Jan Horbaly
Date                               Clerk


cc:  Charles E. Lipsey, Esq.
     Robert B. Breisblatt, Esq.
     Jeffrey S. Ward, Esq.
     Steven A. Maddox, Esq.
     William A. Rakoczy, Esq.
     Dutch Chung, Esq.
     James F. Hurst, Esq.
     Richard A. Kaplan, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 9 2010

JAN HORBALY
CLERK